IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE KING,

    Plaintiff,                       No. CIV S-10-2797 DAD P

    vs.

MIKE MCDONALD, et al.,

    Defendants.            ORDER

         Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed documents labeled as "exhibits and otherwise untitled which appear to be tendered to the court as evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question. Accordingly, IT IS HEREBY ORDERED that the documents filed by plaintiff on April 25, 2011 (Doc. No. 18) shall be disregarded.

DATED: May 18, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12:kly
king2797.evidence