IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE KING,

        Plaintiff,                    No. 2:10-cv-2797 DAD (PC)

     vs.

MIKE MCDONALD, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On June 17, 2011, plaintiff filed a document styled as a motion for default judgment.

        The record reflects that on May 19, 2011 this court issued an order directing the United States Marshal to serve process on defendants W. Bigford and Leslie Carter. The United States Marshal has not yet filed a return of service for either defendant. Moreover, default has not been entered for either defendant and, in the absence of proof of service of process, entry of default would be improper. See Fed. R. Civ. P. 55. Plaintiff's June 17, 2011 motion is premature, see id., and will therefore be denied.

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's June 17,
2  2011 motion (Doc. No. 23) is denied.
3  DATED: July 14, 2011.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
king2797.mdj