IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE KING,

    Plaintiff,               No. 2:10-cv-2797 JAM DAD (PC)

vs.

MIKE MCDONALD, et al.,

    Defendants.          <u>ORDER TO SHOW CAUSE</u>

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2011, plaintiff filed a motion for injunctive relief in which he alleges a series of problems with his access to the prison law library and legal materials. Plaintiff has included with his motion evidence that in July 2011 all of his legal materials were confiscated and all of his legal mail was "trashed." Declaration of Krzysztof F. Wolinski (Doc. No. 34 at 8-9 of 26). On August 4, 2011, a notice was issued by the Clerk of Court directing defendants to file a response to plaintiff's motion within twenty-one days from the date of the notice. Defendants have not responded in any way to that notice or to plaintiff's motion.

          Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order defendants shall show cause in writing why sanctions should not be

1

imposed for their failure to respond to the Clerk's August 4, 2011 notice or to plaintiff's August 1, 2011 motion. The order to show cause may be discharged upon the filing of an opposition to plaintiff's motion that addresses, among other matters, the status of plaintiff's access to his legal property.

DATED: October 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
king2797.osc

imposed for their failure to respond to the Clerk's August 4, 2011 notice or to plaintiff's August 1, 2011 motion. The order to show cause may be discharged upon the filing of an opposition to plaintiff's motion that addresses, among other matters, the status of plaintiff's access to his legal property.

DATED: October 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
king2797.osc

2