UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE STEPHEN KING,

    Plaintiff,

  v.

MIKE MCDONALD, et al.,

    Defendants.

No.  2:10-cv-2797 JAM DAD P

ORDER

    Plaintiff is a state prisoner proceeding pro se with a civil rights action.  Judgment was entered in this action on July 11, 2013.  On October 15, 2013, this court issued findings and recommendations recommending that a document filed by plaintiff on July 30, 2013 be construed as a motion for relief from judgment and, so construed, that the motion be denied.  The parties were granted fourteen days in which to file and serve objections to the findings and recommendations.  On October 28, 2013, plaintiff filed a document styled as a request for an inquiry into the status of his legal property.  (ECF No. 112.)  It appears that plaintiff is contending he has been, or is, without access to legal materials relevant to the matters before the court.

/////

//////

/////

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of
2   this order defendants shall file and serve a response to plaintiff's October 28, 2013 request
3   regarding the status of his legal property.
4   Dated: November 6, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
king10cv2797.legalprop

2