1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESSE STEPHEN KING,                    No.  2:10-cv-2797 JAM DAD P

12                  Plaintiff,

13          v.                              ORDER

14   MIKE MCDONALD, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action.  Judgment was

18   entered in this action on July 11, 2013.  On October 15, 2013, this court issued findings and

19   recommendations recommending that a document filed by plaintiff on July 30, 2013 be construed

20   as a motion for relief from judgment and, so construed, that the motion be denied.  The parties

21   were granted fourteen days in which to file and serve objections to those findings and

22   recommendations.  On October 28, 2013, plaintiff filed a document styled as a request for an

23   inquiry into the status of his legal property.  (ECF No. 112.)  By order filed November 7, 2013

24   (ECF No. 113), defendants were directed to file and serve a response to plaintiff's request.  After

25   receiving an extension of time to do so, defendants filed their response on November 25, 2013

26   (ECF No. 119).

27          With their response, defendants present evidence that four boxes of personal property

28   were transferred with plaintiff from High Desert State Prison to the California Substance Abuse

1

1   Treatment Facility (CSATF), and that plaintiff has subsequently received two additional boxes of

2   property.  Based upon defendants' response it appears that no further relief for plaintiff is

3   required.

4         Plaintiff has filed two additional motions with the court, one for oral argument (ECF No.

5   116), and one styled "Reconsideration for a Video Hook-Up" (ECF No. 118).  Both motions

6   contain additional argument from plaintiff concerning his allegation that he has been deprived of

7   access to his legal materials.  Neither motion is sufficient to establish that plaintiff is currently

8   without access to his legal materials needed to respond to the findings and recommendations

9   issued by this court on October 15, 2013.

10        In accordance with the above, IT IS HEREBY ORDERED that:

11        1.  Plaintiff's October 28, 2013 request for court order (ECF No. 112) is denied;

12        2.  Plaintiff's November 18, 2013 motion (ECF No. 116) is denied;

13        3.  Plaintiff's November 20, 2013 motion (ECF No. 118) is denied;

14        4.  The Clerk of the Court is directed to reserve a copy of the October 15, 2013 findings

15           and recommendations (ECF No. 111) on plaintiff;

16        5.  Plaintiff is granted fourteen days from the date of this order in which to file and serve

17           objections to the October 15, 2013 findings and recommendations; and

18        6.  No further extensions of time will be granted for this purpose.

19   Dated:  December 5, 2013

20

21                                          _____

                                          DALE A. DROZD
22   DAD:12                                UNITED STATES MAGISTRATE JUDGE

23   king10cv2797.legalpropo

24

25

26

27

28

                                            2