UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE STEPHEN KING, | No. 2:10-cv-2797 JAM DAD P |
| Plaintiff, | |
| v. | ORDER |
| MIKE MCDONALD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1] Plaintiff has filed objections.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

---

[1] By order filed December 6, 2013 (ECF No. 121), plaintiff was granted an additional period of fourteen days in which to file and serve objections to the findings and recommendations.

1

1. The findings and recommendations filed October 15, 2013, are adopted in full;

2. Plaintiff's July 30, 2013 "opposition" is construed as a motion for relief from judgment and, so construed, is denied; and

3. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

DATED: January 21, 2014

                                        /s/ John A. Mendez_____

                                        UNITED STATES DISTRICT COURT JUDGE